USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

MICHAEL A. CARDOZO
*Corporation Counsel*



THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

LISA RABINOWITZ
lrabinow@law.nyc.gov
(212) 788-1300
(212)-788-9776 (fax)

July 3, 2007

BY HAND
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Glendon Williams v. City of New York  07 CV 5631 (DLC)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense for defendant City of New York with respect to the above-referenced matter, in which plaintiff alleges that he was subjected to false arrest, excessive force, an illegal strip search, and malicious prosecution by the defendants. Defendant City respectfully requests that its time to respond to the complaint be extended for sixty (60) days from the current due date of July 3, 2007 until September 3, 2007. I apologize for the lateness of this request, but I have just recently received the file in this matter. Plaintiff's counsel has consented to this request.

    There are several reasons for seeking an enlargement of time. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. Also, plaintiff alleges that he was falsely arrested, maliciously prosecuted and subjected to excessive force. Accordingly, it is necessary for the defendants to acquire as much information as possible concerning this matter in order to properly assess the case and respond to the complaint. Currently, this office is in the process of forwarding to plaintiff for execution, a consent and authorization for the release of records sealed pursuant to New York Criminal Procedure Law § 160.50 as well as authorizations for plaintiff's medical records.

    Additionally, upon information and belief, Detective Michael Corvi[1] the individual defendant, has not yet been served with the summons and complaint. This extension will provide plaintiff the time to serve Detective Corvi and should provide time for this office to make a representational decision if he is properly served. *See Mercurio v. The City of New York et al.*, 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York et al.*, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985)

---

[1] This office does not yet represent Detective Corvi.

Honorable Denis Cote
July 3, 2007
Page 2

(decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

No previous request for an extension has been made by defendants. Accordingly, we respectfully request that defendant City's time to respond to the complaint be extended until September 3, 2007.

Thank you for your consideration herein.

Respectfully submitted,

Lisa Rabinowitz (LR 7946)

cc:   Richard Cardinale, Esq. (by fax)

Granted.

Denise Cote
July 9, 2007

2