


**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LISA RABINOWITZ
lrabinow@law.nyc.gov
(212) 788-1300
(212)-788-9776 (fax)

August 17, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Glendon Williams v. City of New York  07 CV 5631 (DC)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of the City of New York with respect to the above-referenced matter. I am writing to request an adjournment of the initial conference which has been scheduled for September 14, 2007 at 9:30am. Because I will be observing a religious holiday until sundown on September 14, 2007, I will be unable to attend the conference.

    I have consulted with plaintiff's counsel, who consents to the adjournment. We are both available the mornings of following three Fridays, except that plaintiff's counsel has a appearance before another judge in the Southern District at 12:30pm on September 21, 2007 and requests that if the conference is scheduled that day, it be scheduled early enough to allow him to arrive at the 12:30pm conference on time.

    Thank you for your consideration herein.

Respectfully submitted,

Lisa Rabinowitz (LR 7946)

cc: Richard Cardinale, Esq.

*The conference is adjourned to September 21 at 9:00 am.*
*Denise Cote*
*August 21, 2007*