```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GLENDON WILLIAMS,                       :
                        Plaintiff,      :
                                        :      07 Civ. 5631 (DLC)
            -v-                         :
                                        :         ORDER OF
CITY OF NEW YORK, ET AL.,               :       DISCONTINUANCE
                        Defendants.     :
                                        :
----------------------------------------X
```

[USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 9/12/07]

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         September 12, 2007

                                  _____
                                          DENISE COTE
                                  United States District Judge